BOSTON SCIENTIFIC CORPORA-
TION, Boston Scientific Scimed, Inc.,
Schneider (Europe) AG and Scimed
Life Sytems, Inc., Plaintiffs–Appel-
lants,

v.

JOHNSON & JOHNSON and Cordis
Corporation, Defendants–Cross
Appellants.

Nos. 2009–1488, 2009–1489.

United States Court of Appeals,
Federal Circuit.

Oct. 14, 2009.

William F. Lee, Gregory P. Teran, Mark
C. Fleming, Dominic E. Massa, Sydenham
B. Alexander III, Wilmer Cutler Pickering
Hale, Boston, MA, Mark D. Selwyn, Chris-
tine E. Duh, Wilmer Cutler Pickering
Hale, Palo Alto, CA, for Plaintiffs–Appel-
lants.

Constantine L. Trela Jr., David T. Priti-
kin, Sidley Austin LLP, Chicago, IL, Rob-
ert B. Morrill, Sidley Austin LLP, San
Francisco, CA, Theodore W. Chandler,
Sidley Austin LLP, Los Angeles, CA, for
Defendants–Cross Appellants.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).

Jane O. HEAD, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2009–3265.

United States Court of Appeals,
Federal Circuit.

Oct. 14, 2009.

Jack W. Flynn, Darnell & Flynn, Frank-
fort, KY, for Petitioner.

*ORDER*

Petitioner having filed the required
Statement Concerning Discrimination it is,

ORDERED that the order of dismissal
and the mandate be, and the same hereby
are, VACATED and RECALLED, and the
notice of appeal is REINSTATED.

The Petitioner should compute the due
date for filing her brief 60 days from the
date of filing of this order.